# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | DIVISION ONE |
| Respondent, | ) ) | No. 72406-1-I |
| v. | ) ) | UNPUBLISHED OPINION |
| MICHELLE BACKSTROM, | ) ) | |
| Appellant. | ) ) ) | FILED: JUL 1 3 2015 |

PER CURIAM — Michelle Backstrom appeals from the judgment and sentence entered after she pleaded guilty to second degree murder. The State concedes that Backstrom's prior conviction for vehicular homicide was incorrectly scored as a violent offense, resulting in an erroneous offender score and standard range. We accept the State's concession and remand for resentencing.

Remanded for resentencing.

FOR THE COURT:

Trickey, J

Verellen

Spearman, CJ